GEORGE G. ESTES, Respondent, *v.* FRED J. SLATER et al., Appellants.

MARY ESTES, Respondent, *v.* FRED J. SLATER et al., Appellants.

Argued December 1, 1938; decided January 3, 1939.

*Robert C. Winchell* for appellants.

*Paul B. Hanks* for respondents.

In each action: judgment affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.